IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| JAD KHORAKI | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | Civil Action No. 3:22-cv-00070 |
| DERRICK LONGORIA, and | ) | |
| JOSEPHINE WALLACE | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SETTLEMENT

Please take notice that the Parties to this litigation have reached a final settlement of the above-captioned matter and will be submitting Stipulation of Dismissal as soon as the Parties have finalized the necessary paperwork to effectuate their agreement and no later than thirty days from today.

DERRICK LONGORIA

/s/ *Mark C. Nanavati*
Mark C. Nanavati, Esq. (VSB #38709)
G. Christopher Jones, Jr., Esq. (VSB #82260)
SINNOTT, NUCKOLS & LOGAN, P.C.
13811 Village Mill Drive
Midlothian, Virginia 23114
(804) 893-3866 (Nanavati)
(804) 893-3864 (Jones)
(804) 378-2610 (Facsimile)
mnanavati@snllaw.com
cjones@snllaw.com
*Counsel for Derrick Longoria*

# CERTIFICATE OF SERVICE

I hereby certify that, on this 26th day of April, 2023, a true and accurate copy of the foregoing *Notice* was filed with the Clerk using the CM/ECF system, which will send a notification to all counsel of record.

          /s/ *Mark C. Nanavati*
Mark C. Nanavati, Esq. (VSB #38709)
G. Christopher Jones, Jr., Esq. (VSB #82260)
SINNOTT, NUCKOLS & LOGAN, P.C.
13811 Village Mill Drive
Midlothian, Virginia 23114
(804) 893-3866 (Nanavati)
(804) 893-3864 (Jones)
(804) 378-2610 (Facsimile)
mnanavati@snllaw.com
cjones@snllaw.com
*Counsel for Derrick Longoria*